

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora Eliza **GONZALEZ** formerly known as Nora G. Rodriguez,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that costs be assessed against the party who incurred them.

SIGNED June 22, 2022.

_____
Irene Rios, Justice